Mary T. Hone, Esq. - SBN 010891
**THE LAW OFFICES OF MARY T. HONE, PLLC**
10505 North 69th Street, Suite 1400
Scottsdale, Arizona 85253
Phone: (480) 336-2557
Fax: (480) 478-0146
E-Mail: Mary@honelegal.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CARLOS C. HERNANDEZ, a married man dealing with his sole and separate property, | **Cause No. CV-16-23-PHX-JJT** |
| Plaintiff, | **STIPULATION TO DISMISS DEFENDANT BANK OF AMERICA** |
| vs. | |
| BANK OF AMERICA, a North Carolina corporation; EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; TRANSUNION, a Pennsylvania corporation; EXPERIAN, a Texas corporation; | |
| Defendants. | |

Plaintiff, Carlos Hernandez, and Defendant Bank of America, by and through their respective counsel, undersigned, hereby stipulate , pursuant to Rule 41(a)(1)(A)(ii) Fed.R.Civ.P., that the above-captioned matter is dismissed with prejudice with respect to Defendant Bank of America only, Plaintiff and Defendant Bank of America having reached a settlement.

1

DATED this __23rd__ day of August, 2016.

**THE LAW OFFICES OF MARY T. HONE, PLLC**

_Mary T. Hone_____
Mary T. Hone – AZ Bar # 010891
Attorney for Plaintiff Carlos C. Hernandez

**BRYAN CAVE , LLP**

_Daniel P. Crane_____
Daniel P. Crane
Attorney for Defendant Bank of America

Original of the foregoing was filed electronically this _23rd_ day of August, 2016, and copies mailed to:

United States District Court
District of Arizona – Phoenix Division
Judicial In-Box of the Honorable John J. Tucci
Sandra Day O'Conner U.S. Courthouse – Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

Mr. Philip R. Wooten, Esq.
PHILIP R. WOOTEN PC
3413 E. Equestrian Trail
Phoenix, AZ  85044-3403
*Local Counsel for Trans Union LLC*

**Ms. Kelly A. Hensley • Strasburger & Price, LLP**
2600 Dallas Parkway Suite 600 • Frisco, TX 75034
469.287.3925 • www.strasburger.com
*Attorney for TransUnion LLC*

Mr. Lewis P. Perling
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Tel.: (404) 572-3079
Fax: (404) 572-5138
LPerling@KSLaw.com
*Attorneys for Defendant Equifax Information Services LLC*

2

Ms. Christine Neuharth
**Reed Smith** LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, California 90067
*Counsel for Defendant Bank of America*

By: ___*Janet Hone*_____