NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos C. Hernandez,<br><br>                Plaintiff,<br><br>v.<br><br>Bank of America, *et al.*,<br><br>                Defendants. | No. CV-16-00023-PHX-JJT<br><br>**ORDER** |

      The Court having reviewed Plaintiff's and Defendant Bank of America's stipulated motion to dismiss of Bank of America only, with prejudice (Doc. 40), and good cause appearing,

      IT IS ORDERED dismissing Defendant Bank of America only, with prejudice.

      Dated this 24th day of August, 2016.

Honorable John J. Tuchi
United States District Judge