NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos C. Hernandez,<br><br>                    Plaintiff,<br><br>v.<br><br>Bank of America, *et al.*,<br><br>                    Defendants. | No. CV-16-00023-PHX-JJT<br><br>**ORDER** |

Upon review of the Stipulation to Dismiss Defendant Transunion (Doc. 42), filed by Plaintiff and Defendant Trans Union, LLC, only, and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 42). The above-entitled matter is hereby dismissed with prejudice as to Defendant Trans Union, LLC, only, the parties to bear their own costs and attorneys' fees.

Dated this 11th day of October, 2016.

Honorable John J. Tuchi
United States District Judge