NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos C. Hernandez,<br><br>                Plaintiff,<br><br>v.<br><br>Bank of America, *et al.*,<br><br>                Defendants. | No. CV-16-00023-PHX-JJT<br><br>**ORDER** |

Upon review of the Stipulation to Dismiss Defendant Equifax Information Services, LLC (Doc. 43), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 43). The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax Information Services, LLC, only, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that Equifax Information Services, LLC being the last remaining defendant in this matter, and claims against all other having been dismissed with prejudice, the Clerk of the Court shall close the matter.

Dated this 20th day of October, 2016.

                                          Honorable John J. Tuchi
                                          United States District Judge